**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-6846**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DERRICK JACKSON,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Herbert N. Maletz, Senior Judge, sitting by designation. (CR-96-354-MJG, CR-96-354-HNM, CA-00-3343-HNM)

───────────

Submitted: July 12, 2002                    Decided: July 26, 2001

───────────

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Derrick Jackson, Appellant Pro Se. Jamie M. Bennett, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick Jackson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See United States v. Jackson, Nos. CR-96-354-MJG; CR-96-354-HNM; CA-00-3343-HNM (D. Md. May 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2